PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-po-00176-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| v. | |
| BENJAMIN TAYLOR SMITH, | |
| Defendant. | |

The United States Attorney through its respective counsel, Justin L. Lee, Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, and Daniel Pickolick, Certified Law Student, Attorneys for the defendant, BENJAMIN TAYLOR SMITH, hereby stipulate and request that the court trial currently scheduled for November 7, 2016, at 9:00 a.m. be continued to January 23, 2017, at 9:00 a.m.

///
///
///
///

Accordingly, the United States and the defendant jointly request to continue the trial date of November 7, 2016 to January 23, 2017, at 9:00 a.m.


DATED: October 26, 2016    PHILLIP A. TALBERT
Acting United States Attorney


_/s/_Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney


DATED: October 26, 2016    _/s/ Linda C. Allison
LINDA C. ALLISON
Chief Assistant Federal Defender
Counsel for Defendant


DATED: October 26, 2016    _/s/ Daniel Pickolick
DANIEL PICKOLICK
Certified Law Student
Counsel for Defendant

(Approved via email 10/26/2016)


**ORDER**

It is hereby ordered that the court trial scheduled for November 07, 2016, at 9:00 a.m., is vacated.  It is further ordered that the court trial is scheduled for January 23, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 26, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE