HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
DANIEL PICKOLICK
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
BENJAMIN TAYLOR SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-PO-00176-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| vs. | Date: January 23, 2017 |
| BENJAMIN TAYLOR SMITH, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

    The United States Attorney through its respective counsel, Justin L. Lee, Assistant United States Attorney, and Linda C. Allison, Chief Assistant Federal Defender, and Daniel Pickolick, Certified Law Student, Attorneys for the defendant, BENJAMIN TAYLOR SMITH, hereby stipulate to continue the trial date scheduled for January 23, 2017, at 9:00 a.m. to March 27, 2017, at 9:00 a.m. The respective parties request the court grant this stipulation in order to give each side adequate time to review the evidence in preparation for trial.

IT IS SO STIPULATED.

DATED: January 17, 2017          /s/ Linda Allison
                                 LINDA ALLISON
                                 Chief Assistant to the Federal Defender
                                 Counsel for Defendant

DATED: January 17, 2017          /s/ Daniel Pickolick
                                 DANIEL PICKOLICK
                                 Certified Law Clerk
                                 Counsel for Defendant

DATED: January 17, 2017          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ Justin Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  January 17, 2017

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Continue Trial Date          -2-