UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-po-00176-KJN |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| BENJAMIN TAYLOR SMITH, | Date: November 8, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | |

**ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR**

It is Hereby Ordered that the defendant shall appear on November 8, 2017, at 9:00 a.m., to show cause why the probation granted on March 27, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on November 8, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 18, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE