UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN T. SMITH,<br><br>    Defendant. | 2:16-po-00176-KJN<br><br>ORDER TO WITHDRAW PETITION TO REVOKE PROBATION<br><br>Date:  November 29, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that plaintiff United States of America's Request to Withdraw Petition to Revoke Probation filed against defendant BENJAMIN T. SMITH is GRANTED.

Dated: June 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE